LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARIO OLLOQUE,** et al., | ) Case No. 2:16-cv-03431-SVW-E |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| | ) |
| **EQUIFAX, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 6th day of June, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

1  Filed electronically on this 6ᵗʰ day of June, 2016, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
   Honorable Stephen V. Wilson
6  United States District Court
   Central District of California
7

8  Thomas P Quinn , Jr

9  Nokes and Quinn APC

10

11  This 6ᵗʰ day of June, 2016.

12
   s/Todd M. Friedman
13  Todd M. Friedman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28